AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Shane Ray Catron<br>DOB: XX/XX/1981<br>SSN: XXX-XX-4706<br><br>*Defendant(s)* | )<br>)<br>) Case No. 16-MJ-2812<br>)<br>)<br>)<br>) |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 0 1 2016

MATTHEW J. DYKMAN
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 15, 2016__ in the county of __San Juan__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1153 | Offenses committed within Indian Country |
| 18 USC 2244(a)(5) and 2246(3) | Abusive Sexual Contact |

This criminal complaint is based on these facts:
Please see affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

W. Monty Waldron, Special Agent - FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: July 1, 2016

_____
Judge's signature

City and state: Farmington, New Mexico

B. Paul Briones, US Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 16-MJ-2812 |
| ) | |
| VS ) | |
| ) | AFFIDAVIT IN SUPPORT OF |
| Shane Ray Catron ) | ARREST WARRANT |
| ) | |
| ) | |
| ) | |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, the undersigned, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for arrest warrant for Shane Ray Catron.

2. Your affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and has been employed in that capacity since September 2007. Your affiant is currently assigned to the Albuquerque Division of the FBI, Farmington Resident Agency, and has primary responsibility for investigating crimes occurring in Indian Country within the District of New Mexico. In this regard the following information was relayed to your affiant and was developed from an investigation conducted by FBI Special Agent Aaron Carp of the FBI Gallup Resident Agency and/or communicated to him by other sworn Law Enforcement Officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of United States Code 18 U.S.C. §§ 1153, offenses committed within Indian country, and United States Code 18 U.S.C. §§2244(a)(5) and §§2246(3), abusive sexual contact were committed by Shane Ray Catron. Shane Ray Catron sexually assaulted Jane Doe, a six year old child, when he, with his hand, directly touched and groped the buttocks of Jane Doe on or about

June 15, 2016. Both Shane Ray Catron and Jane Doe are registered tribal members of the Navajo Nation.

## PROBABLE CAUSE

4. On June 28, 2016, Investigators with the Navajo Nation Division of Family Services contacted Special Agents of the Federal Bureau of Investigation, along with the Navajo Police Department, and reported that Jane Doe reported that she had been inappropriately touched by Shane Ray Catron.

5. On June 30, 2016, during a forensic interview, Jane Doe disclosed that "Shane" groped her buttocks, directly on the skin, and squeezed her buttocks while in her bedroom. Shane Ray Catron lives in the same household as Jane Doe.

6. On June 30, 2016, Special Agent Aaron Carp and Navajo Nation Police Officer Gladys Antone interviewed Shane Ray Catron. Shane Ray Catron confessed to having placed his hands down the pants of his niece and groping her buttocks, while she was sleeping, or so he thought, in the home of Shane Ray Catron's sister.

7. On June 30, 2016, Special Agent Aaron Carp interviewed Amanda Smith, the mother of Jane Doe and sister to Shane Ray Catron, who provided that this event occurred in her home, located in the area of Fruitland, New Mexico, on or about June 15, 2016. Amanda Smith's home is located on the Navajo Nation Indian Reservation and is Indian Country as defined by Federal law. Amanda Smith provided that another female, approximately 10 years old, was also in the home, but was not assaulted.

## CONCLUSION

8. Based on the forgoing, I request that the Court issue the proposed arrest warrants.

9. Your affiant believes there is probable cause to find that Shane Ray Catron, a Navajo Indian, did commit violations of United States Code 18 U.S.C. §§ 1153, offenses committed within Indian country, and United States Code 18 U.S.C. §§2244(a)(5) and §§2246(3), abusive sexual contact, by

having inappropriate contact with Jane Doe, while within the boundaries of Indian Country, and that an arrest warrant should be issued.

Respectfully Submitted,

SA W. Monty Waldron
Federal Bureau of Investigation
Albuquerque Division

Submitted and sworn to
Before me this 1st day
Of July 2016

UNITED STATES MAGISTRATE JUDGE